[No. 4723.]

THE ISABELLA GOLD MINING COMPANY v. GLENN ET AL.

**Opinion Followed.**

Motion to dismiss appeal denied on the authority of the opinion in Venner v. Denver Union Water Co. ante, 207.

*Appeal from the District Court of El Paso County.*

*On Motion to Dismiss.*

Messrs. Hall, Babbitt & Thayer and Mr. John K. Vanatta, for appellant.

Mr. C. W. Franklin, for appellees.

*Per Curiam.*—The motion to dismiss the appeal in this case is based upon the ground of the insufficiency of the abstract of record filed by appellant. The same question has been considered in the case of *Venner v. Denver Union Water Company*—No. 4742—and for the reasons stated in the opinion denying a similar motion in that case, the motion in this is overruled.                    *Motion overruled.*